UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 15-1625 as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Anthony Nobles

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

(signature)

John van Loben Sels
Name (printed or typed)

Fish & Tsang, LLP
Firm Name (if applicable)

333 Twin Dolphin Drive, Suite 220

Redwood City, CA 94065
Address

(650) 517-9801
Voice Phone

(650) 517-9898
Fax Number

jvanlobensels@fishiplaw.com
E-mail address (print or type)

### CERTIFICATE OF SERVICE

I certify that on June 24, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Edwin L. West, III
Brooks, Pierce, McLendon, Humphrey & Leonard
113 N. 3rd St., Ste. 301; P.O. Box 2460
Wilmington, NC 28401
Eric M. David and Timothy Nelson
150 Fayetteville St.; 1600 Wells Fargo Capitol Cntr.
Realeigh, NC 27601

Fredrick Sharpless
Sharpless & Stavola, P.A.
Post Office Box 22106
Greensboro, North Carolina 27420

_____
Signature

June 24, 2015
Date

05/07/2014
SCC