FILED: July 31, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

————————————

No. 15-1625 (L)
(7:14-cv-00214-FL)

————————————

ANTHONY NOBLES

       Plaintiff - Appellant

v.

RODERICK BOYD; KEITH LARSEN; SOUTHERN INVESTIGATIVE
REPORTING FOUNDATION, a North Carolina Corporation

       Defendants - Appellees

————————————

No. 15-1685
(7:14-cv-00214-FL)

————————————

ANTHONY NOBLES

       Plaintiff - Appellee

v.

RODERICK BOYD; KEITH LARSEN; SOUTHERN INVESTIGATIVE
REPORTING FOUNDATION, a North Carolina Corporation

       Defendants - Appellants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*